FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

21 JAN 19 PM 2: 05

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CAMERON W. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-063 |
| | ) | |
| MR. RICKEY WILCOX; MS. SARSHA BATTEN; MS. VERONICA STEWARTS, Unit Supervisor; MR. JEREMY COWEY; MS. KEITH; and MS. STEWARTS, Acting Chief Counselor, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 19th day of January, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE